JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

### DEFENDANTS

Cassidy Painting Inc., et al.  (see attachment)

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   New Castle County, DE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Elizabeth Yu, Attorney, U.S. Department of Justice, ENRD/EES
P.O. Box 7611, Washington, D.C. 20044  (202) 514-2277

Attorneys *(If Known)*

(see attachment)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
       Plaintiff

☐ 3  Federal Question
       *(U.S. Government Not a Party)*

☐ 2  U.S. Government
       Defendant

☐ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | New Drug Application | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine | Injury Product | | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | | **SOCIAL SECURITY** | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
      Proceeding

☐ 2 Removed from
      State Court

☐ 3 Remanded from
      Appellate Court

☐ 4 Reinstated or
      Reopened

☐ 5 Transferred from
      Another District
      *(specify)*

☐ 6 Multidistrict
      Litigation -
      Transfer

☐ 8 Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 9607

Brief description of cause:
Action for cost recovery for cost of performance of CERCLA removal action

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE
09/27/2019

SIGNATURE OF ATTORNEY OF RECORD
s/ Elizabeth Yu

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Attachment to Civil Cover Sheet

List of Defendants

Cassidy Painting Inc.
Cleveland Steel Container Corporation
Coating Development Group, Inc.
Congoleum Corporation
Durand Glass Manufacturing Company, LLC
Expert Management Inc.
Atlantic Associates International Incorporated, d/b/a Hibrett Puratex
Incineration Recycling Services, Inc.
Johnson Matthey Inc.
LCRES Holdings, Inc.
LCR Embedded Systems, Inc.
LCR Electronics, Inc.
Martin Corp.
National Casein of New Jersey
National Chemical Laboratories of Pa., Inc.
Occidental Chemical Corporation
Ocean Yachts, Inc.
Polymeric Systems Inc.
PRC-DeSoto International, Inc.
Puritan Products, Inc.
Recycle Inc. East
R.H. Sheppard Co., Inc.
Richland Glass Co., Inc.
Rohm and Haas Company
The Sherwin-Williams Company
Stem Brothers, Inc.
Straight Arrow Products, Inc.
Thermoseal Industries LLC
Trex Properties LLC
United Asphalt Co.
VP Racing Fuels, Inc.
The Worthington Steel Company

List of Attorneys and/or Agents Authorized to Accept Service for Defendants

Cassidy Painting Inc.

Michael J. Cassidy
President
Cassidy Painting Inc.
20 Germay Drive
Wilmington, DE 19804-1105

Cleveland Steel Container Corporation

HL Statutory Agent, LLC
Agent for service of Cleveland Steel Container Corporation
200 Public Square, Suite 2800
Cleveland, OH 44114

Coating Development Group, Inc.

Michael D. Fiorentino
Attorney for Coating Development Group, Inc.
42 E. 2nd Street
Media, PA 19063

Congoleum Corporation

Jonathan B. Fisher
Chief Financial Officer
Congoleum Corporation
3500 Quakerbridge Road
Mercerville, NJ 08619

Durand Glass Manufacturing Company, LLC

Ross A. Lewin
Counsel for Durand Glass Manufacturing Company, LLC
Drinker Biddle & Reath LLP
105 College Road East, Suite 300
Princeton, New Jersey 08542

Expert Management Inc.

Brett Whittleton
President, Director Legacy Assets and Environmental Affairs
Expert Management Inc.
525 West Van Buren Street
Chicago, IL 60607

<u>Atlantic Associates International Incorporated, d/b/a Hibrett Puratex</u>

Steven L. Humphreys
Counsel for Atlantic Associates International, Inc. d/b/a Hibrett Puratex
Kelley Drye & Warren
One Jefferson Road, 2nd Fl.
Parsippany, NJ 07054

<u>Incineration Recycling Services, Inc.</u>

Christina Stummer
Counsel for Incineration Recycling Services Inc.
Saul Ewing Arnstein & Lehr LLP
650 College Road East, Suite 4000
Princeton, NJ 08540

<u>Johnson Matthey Inc.</u>

Steven L. Bray
General Counsel, North America
Johnson Matthey Inc.
435 Devon Park Drive, Suite 600
Wayne, PA 19087-1998

<u>LCRES Holdings, Inc.</u>

Barbara T. Ilsen
Attorney for LCRES Holdings, Inc.
Dilworth Paxson, LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

<u>LCR Embedded Systems, Inc.</u>

Barbara T. Ilsen
Attorney for LCR Embedded Systems, Inc.
Dilworth Paxson, LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

<u>LCR Electronics, Inc.</u>

Lindsey A. Remakel
Attorney for LCR Electronics, Inc.
Fredrikson & Byron
200 South 6th Street, Suite 4000
Minneapolis, MN 55402

Martin Corp.

Francis Ballak
Attorney for Martin Corp.
GMS Law
660 New Road
Northfield, NJ 08225

National Casein of New Jersey

Hope T. Cook
Vice President
National Casein of New Jersey
601 W. 80th Street
Chicago, IL 60620

National Chemical Laboratories of PA, Inc.

Philip L. Hinerman
Attorney for National Chemical Laboratories of PA, Inc.
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

Harry Pollack
CEO
National Chemical Laboratories of PA, Inc.
401 N. 10th Street
Philadelphia, PA 19123

Occidental Chemical Corporation

Larry Silver
Attorney for Occidental Chemical Corporation
Langsam Stevens Silver Hollaender
1818 Market Street, Suite 2430
Philadelphia, PA 19103

Frank A. Parigi
Vice President and General Counsel
Glenn Springs Holdings, Inc. (re Oxy)
14555 Dallas Parkway, Suite 400
Dallas, TX 75245

Ocean Yachts Inc.

Lloyd Eisen
Attorney for Ocean Yachts Inc.
Fox Rothschild LLP
1301 Atlantic Avenue, Midtown Building, Suite 400
Atlantic City, NJ 08401-7212

Polymeric Systems Inc.

Alana Fortna
Attorney for Polymeric Systems Inc. (PSI)
Babst Calland
603 Stanwix Street, 6th Fl.
Pittsburgh, PA 15222

PRC-DeSoto International, Inc.

Steven F. Faeth
Corporate Counsel, EHS
PRC-Desoto International, Inc.
One PPG Place
Pittsburgh, PA 15272

Puritan Products, Inc.

Stacey Broad
SVP, Assistant General Counsel
Puritan Products, Inc.
Tower 6, Suite 800
600 W. Hamilton Street
Allentown, PA 18101

Recycle Inc. East

Patrick Sheller
EVP, General Counsel
Recycle Inc. East
1515 W. 22nd Street, Suite 1100
Oak Brook IL 60523

R.H. Sheppard Co., Inc.

CT Corporation System
Registered Agent for R.H. Sheppard Co., Inc.
600 North 2nd Street, Suite 401
Harrisburg, PA 17101

Richland Glass Co., Inc.

Debra S. Rosen
Attorney for Richland Glass Co., Inc.
Archer Law
One Centennial Square
Haddonfield, NJ 08033

Rohm and Haas Company

CT Corporation
Registered Agent for Rohm and Haas Company
1209 Orange Street
Wilmington, DE 19801

The Sherwin-Williams Company

Stephen J. Perisutti
Assistant Secretary
The Sherwin-Williams Company
101 West Prospect Avenue
Cleveland, Ohio 44115

Stem Brothers, Inc.

Cristina Stummer
Attorney for Stem Brothers, Inc.
Saul Ewing Arnstein & Lehr, LLP
650 College Road East, Suite 4000
Princeton, NJ 08940

Straight Arrow Products, Inc.

Steven L. Humphreys
Attorney for Straight Arrow Products, Inc.
Kelley Drye & Warren
One Jefferson Road, 2nd Fl.
Parsippany, NJ 07054

Thermoseal Industries LLC

Richard A. Chubb
CEO, Retired
Thermoseal Industries LLC
1800 JFK Boulevard, Suite 300 PMB 90316
Philadelphia, PA 19103

Trex Properties LLC

Eric Lemp
General Counsel
Trex Properties LLC
1515 Des Peres Rd,. Suite 300
St. Louis, MO 63131

United Asphalt Co.

Mark Umosella
CEO
United Asphalt Co.
237 N. Grove St.
P.O. Box 291
Cedar Brook, NJ 08018

VP Racing Fuels, Inc.

Alan B. Cerwick
President
VP Racing Fuels, Inc.
204 E. Rhapsody
San Antonio, TX 78216

The Worthington Steel Company

Dale T. Brinkman
Vice President
The Worthington Steel Company
200 Old Wilson Bridge Rd.
Columbus, Ohio 43085